# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-CV-192-RJC-DSC

| | |
|---|---|
| **JAMES JOSEPH KANE,** | )<br>)<br>) |
| Plaintiff, | ) **ORDER FOR ADMISSION** |
| v. | ) *PRO HAC VICE* |
| **ATHENE ANNUITY AND LIFE COMPANY,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

THIS MATTER is before the Court on the Motions for Admission *Pro Hac Vice* of Jesse Linebaugh and Angela Morales (documents ##10 and 11). For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: June 25, 2018

David S. Cayer
United States Magistrate Judge